United States Department of Justice
Office of the United States Trustee
110 N. College Avenue, Suite 300
Tyler, Texas 75702
(903) 590-1450

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| Danestar LLC | § | Case No. 22-41449 |
| 10205 Cedar Breaks Vw | § | |
| McKinney, TX 75072 | § | |
| COLLIN-TX | § | |
| Tax ID / EIN: 83-3416076 | § | Chapter 11 |
| | § | |
| Debtor | § | |
| | § | |

**UNITED STATES TRUSTEE'S MOTION TO CONVERT OR DISMISS WITH PREJUDICE PURSUANT TO 11 U.S.C. § 1112(b), OR IN THE ALTERNATIVE, FOR OTHER RELIEF; WITH WAIVER OF 30-DAY HEARING REQUIREMENT**

**PLEASE NOTE THAT THE COURT HAS SET THIS MOTION FOR HEARING:**

**HEARING: TUESDAY, APRIL 18, 2023, AT 1:30 P.M.**
U. S. Bankruptcy Court
660 N. Central Expressway, 3rd Floor
Plano, Texas 75074

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE PRESIDING:

William T. Neary, the United States Trustee for Region 6 ("U.S. Trustee") hereby files in the above-numbered and captioned bankruptcy case ("Case") his Motion to Convert or Dismiss with Prejudice Pursuant to 11 U.S.C. § 1112(b), or in the Alternative, for Other Relief ("Motion") and respectfully states in support thereof:

### Jurisdiction and Timeliness

1.  This Court has subject matter jurisdiction under 28 U.S.C. §§ 1334, 157(a), and the standing order of reference. This is a core proceeding pursuant to 28 U.S.C. § 157. The predicate for the relief requested herein is Bankruptcy Code section 1112(b).

### Background and Requested Relief

2.  The Debtor filed the Case on October 28, 2022 ("Petition Date"), and elected treatment under subchapter V of chapter 11.

3.  The Debtor has not filed a monthly operating report in the Case.

4.  The Debtor has not paid U.S. Trustee fees in the Case.

5.  Pursuant to 11 U.S.C. § 1189(b), the Debtor was required to file a plan of reorganization within 90 days of the Petition Date, or January 26, 2024, or obtain an extension of the deadline from the Court. The Debtor has not filed a plan of reorganization or obtained an extension from the Court.

6.  Based on the Debtor's administrative deficiencies and failure to meet required deadlines to successfully prosecute the Case, it appears the Debtor cannot use chapter 11 for the benefit of creditors. The U.S. Trustee also requests any dismissal to be prejudiced to re-filing under chapter 11 for a period of 180 days for cause.

WHEREFORE, the U.S. Trustee respectfully requests that the Court issue an order (a) converting the Case to chapter 7; (b) dismissing the Case with prejudice, or (c) subjecting the Debtor to confirmation deadlines; and granting such other further appropriate relief.

Dated:  March 13, 2023

Respectfully submitted,

William T. Neary
United States Trustee

/s/ Marcus F. Salitore
Assistant United States Trustee
Texas Bar 24029822
300 Plaza Tower
110 N. College
Tyler, Texas   75702
(903) 590-1450 Ext. 216

### Certificate of Service

The undersigned hereby certifies that a copy of the foregoing document was served on the following listed persons through the court's electronic notification system as permitted by Appendix 5005 to the Local Rules of the U.S. Bankruptcy Court for the Eastern District of Texas, or by first class United States Mail, postage prepaid, no later than March 14, 2023.

/s/ Marcus F. Salitore

**DEBTOR:**
Danestar LLC
10205 Cedar Breaks Vw
McKinney, TX 75072

**DEBTOR'S COUNSEL:**
Ivan Turingan
Curtis Law PC
901 Main Street
Suite 6515
Dallas, TX 75202

**SUBCHAPTER V TRUSTEE:**
Mark A. Weisbart
10501 N. CENTRAL EXPY., STE. 106
DALLAS, TEXAS 75231

**NOTICES OF APPEARANCE:**
Marvin E. Sprouse III
Sprouse Law Firm
901 Mopac Expressway South
Building 1, Suite 300
Austin, TX 78746

**MATRIX FOLLOWS:**

```
Label Matrix for local noticing          Comptroller of Public Accounts           Danestar LLC
0540-4                                    C/O Office of the Attorney General       10205 Cedar Breaks Vw
Case 22-41449                             Bankruptcy - Collections Division MC-008 McKinney, TX 75072-8968
Eastern District of Texas                 PO Box 12548
Sherman                                   Austin TX  78711-2548
Mon Mar 13 12:31:46 CDT 2023

Imperative Chemical Partners              Imperative Chemical Partners, Inc.       Marcus Salitore
201 W Wall St.                            c/o Sprouse Law Firm                     US Trustee Office
Suite 900                                 901 Mopac Expwy South                    110 N. College Ave., Room 300
Midland, TX 79701-4532                    Bldg 1, Ste 300                          Tyler, TX 75702-7231
                                          Austin, Texas 78746-5776


Seatex LLC (f/k/a ChemQuest Chemicals)    Marvin E. Sprouse III                    TankLogix
445 TX-36 N                               Sprouse Law Firm                         12200 West Highway
Rosenberg, TX 77471                       901 Mopac Expressway South               80 East
                                          Building 1, Suite 300                    Odessa, TX 79765
                                          Austin, TX 78746-5776


TankLogix                                 Ivan Turingan                            U.S. Attorney General
12200 West Highway 80 East                Curtis Law PC                            Department of Justice
Odessa, TX 79765-9610                     901 Main Street                          Main Justice Building
                                          Suite 6515                               10th & Constitution Ave., NW
                                          Dallas, TX 75202-3782                    Washington, DC 20530-0001


US Trustee                                Mark A WEISBART (SBRA V)
Office of the U.S. Trustee                Subchapter V Trustee
110 N. College Ave.                       10501 N Central Expy Suite 106
Suite 300                                 Dallas, TX 75231-2203
Tyler, TX 75702-7231
```

                The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Imperative Chemical Partners           (d)Seatex LLC f/k/a ChemQuest Chemicals  End of Label Matrix
201 W Wall St, Suite 900                  445 TX-36 N                              Mailable recipients    13
Midland, TX 79701-4532                    Rosenberg, TX 77471                      Bypassed recipients     2
                                                                                   Total                  15
```